MARY MASSOTTO *ET AL.*, PLAINTIFFS-RESPONDENTS, v. PUBLIC SERVICE COORDINATED TRANSPORT, DEFENDANT-PETITIONER.

See same case below: 58 *N. J. Super.* 436.

*Mr. Louis F. Stein, Jr.,* and *Mr. Henry T. L. Gleason* for the petitioner.

*Messrs. Budd, Larner & Kent* for the respondents.

February 8, 1960. Denied.

NORMAN HANTMAN *ET AL.*, PLAINTIFFS-PETITIONERS, v. THE TOWNSHIP OF RANDOLPH *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 58 *N. J. Super.* 127.

*Mr. Ralph Porzio* and *Mr. Alfred C. Clapp* for the petitioners.

*Messrs. Young & Sears* for the respondents.

February 8, 1960. Denied.